UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CAJETE,<br><br>Defendant. | Case No. 2:21-cr-00250-JCM-EJY<br><br>**ORDER RE: IN-PERSON HEARING** |

IT IS HEREBY ORDERED that an **in person** evidentiary hearing on the Motion to Suppress (ECF No. 43) is set for **Friday, December 2, 2022 in Courtroom 3C, commencing at 9:30 a.m.** All parties, including witnesses, **must** appear **in person** for the hearing.

IT IS FURTHER ORDERED that, among other evidence, the parties must be prepared to present evidence regarding Defendant's alleged reasonable expectation of privacy in the searched vehicle. *Byrd v. U.S.*, 138 S.Ct. 1518 (2018); *U.S. v. Cayman*, 404 F.3d 1196 (9th Cir. 2005) (the burden of proving a reasonable expectation of privacy lies with the defendant).

Dated this 1st day of November, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1